

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00019-CR

Sandra Jo **SMALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000066
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

Appellant Sandra Jo Small appeals her conviction of possession with intent to deliver a controlled substance. On October 11, 2022, this case was submitted before Justice Patricia O. Alvarez, Justice Luz Elena D. Chapa, and Justice Lori I. Valenzuela. On December 7, 2022, M. Patrick Maguire, appointed counsel for Small, filed a motion to withdraw from representing her because he has been elected 198th Judicial District Judge in Kerr County District Court and is closing his law practice.

We **grant** the motion and **order** the trial court to appoint new counsel for Small by **December 28, 2022**, and to inform this court in writing of its appointment.

It is so **ORDERED** December 20, 2022.

**PER CURIAM**

ATTESTED TO: _____

MICHAEL A. CRUZ,
CLERK OF COURT

